# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 22, 2023

Before:
DIANE S. SYKES, *Chief Judge*

| Nos. 22-1104, 22-1270, 22-1893 & 22-2447 | JAMES SYNNOTT,<br>    Plaintiff - Appellee, Cross - Appellant<br><br>v.<br><br>PAUL BURGERMEISTER and IAN NORTHRUP,<br>    Defendants - Appellants, Cross - Appellees<br><br>and<br><br>SEAN MCCUMBER, et al.,<br>    Defendants - Cross - Appellees. |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-09098<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The following is before the court: **MOTION TO FILE BRIEF IN EXCESS PAGES**, filed on September 21, 2023, by the pro se James Synott.

**IT IS ORDERED** that the motion to file an oversized brief is **DENIED**.

On September 14 and September 20, 2023, this court warned James Synnott that no further extensions of time would be granted and his appeals would be dismissed if he failed to file an opening brief by September 21, 2023. Synnott has not filed a brief that complies with this court's rules. Accordingly,

**IT IS FURTHER ORDERED** that appeal nos. 22-1270, 22-1893 & 22-2447 are **DISMISSED** for failure to prosecute, and appeal no. 22-1104 will be resolved without a response brief from Synnott.

form name: **c7_FinalOrderWMandate**     (form ID: **137**)